B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GREEKTOWN PIZZA, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-3237766** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**740 North Rush Street**<br>**Suite 400**<br>**Chicago, IL**          ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9            of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,       ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as            business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GREEKTOWN PIZZA, INC.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>   Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>    (Name of landlord that obtained judgment) |
| _____<br>    (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**B1 (Official Form 1)(4/10)** Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **GREEKTOWN PIZZA, INC.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas 06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza
Suite 1200
Chicago, IL 60606**
Address

          **Email: mlgesas@arnstein.com**
**(312) 876-7125  Fax: (312) 876-6260**
Telephone Number

**February 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Apostolou**
Signature of Authorized Individual

**John Apostolou**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 16, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

GIORDANO'S ENTERPRISES, INC.
ILLINOIS MANAGEMENT COMPANY, INC.
JBA EQUIPMENT FINANCE, INC.
ALAMONTE PARTNERS, LLC
GIORDANO'S FRANCHISE, INC.
GIORDANO'S OF FLORIDA, INC.
GIORDANO'S RESTAURANTS, INC.
GIORDANO'S FAMOUS STUFFED PIZZA, INC.
AMERICANA FOODS, INC.
PIZZA PIZAZZE, INC.
GIORDANO'S, LLC
OAKBROOK PARTNERS, LLC
RANDOLPH PARTNERS, LLC
RANDOLPH PARTNERS, LLC 20-24 SERIES
RANDOLPH PARTNERS, LLC - 327 SERIES
RANDOLPH PARTNERS, LLC - LAKE STREET SERIES
RANDOLPH PARTNERS, LLC - FORMOSA SERIES
RANDOLPH PARTNERS, LLC - MINOOKA SERIES
RANDOLPH PARTNERS, LP
RANDOLPH PARTNERS, LLC - 740 SERIES
RANDOLPH PARTNERS, LLC - 308 SERIES
RANDOLPH PARTNERS, LLC - OGDEN OSWEGO SERIES
RANDOLPH PARTNERS, LLC - 1425 SERIES
RANDOLPH PARTNERS, LLC - MOUNT PROSPECT SERIES
BELMONT PIZZA, INC.
RUSH PIZZA, INC.
GREEKTOWN PIZZA, INC.
ROSEMONT PIZZA, INC.
WILLOWBROOK PIZZA, INC.
RANDOLPH PARTNERS, LLC - SHERBERTH SERIES
RANDOLPH PARTNERS, LLC - OAKBROOK PARTNERS SERIES
RANDOLPH PARTNERS, LLC - COTTON LANE SERIES
RANDOLPH PARTNERS, LLC - RANDALL ORCHARD SERIES

**EXHIBIT A**

**UNANIMOUS WRITTEN CONSENT OF
THE DIRECTORS OF
GREEKTOWN PIZZA, INC.
A CORPORATION FORMED UNDER THE LAWS OF ILLINOIS
(the "Company")**

The undersigned, being the sole Director of the Company, in lieu of holding a special meeting hereby consents to the following actions and adopts the following resolutions and directs that this consent be filed with the records of the Company:

**RESOLVED** that, in the judgment of the undersigned, it is desirable and in the best interest of the Company, its creditors, equity holders and other interested parties that the Company file a petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as any such officer executing such petition shall determine; and

**RESOLVED FURTHER**, that the officers of the Company, and each of them, are authorized and empowered, on behalf of and in the name of, the Company, to execute and verify or certify all schedules, statements, lists and other papers and to take any and all action they deem necessary in connection with the Company's Chapter 11 case and in connection with the restructuring of the Company's debt and other obligations of the Company and to put into effect the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that the Company shall retain the law firm of Arnstein & Lehr LLP, as its attorneys for the purposes of filing the Chapter 11 petition, and representing the Company in the Chapter 11 case and all matters related thereto on such terms as any officer of the Company shall determine, subject to bankruptcy court approval.

**IN WITNESS WHEREOF,** the undersigned has executed this Consent this _16_ day of February, 2011.

JOHN APOSTOLOU, Director

9N6-PRAXAIR DISTRIBUTION, INC.
DEPT CH 10660
PALATINE, IL 60055-0660

ACCURATE GLASS SHOP, INC.
3214 WEST MONTROSE
CHICAGO, IL 60618

AGUILAR, FELIPE
4336 W. POTOMAL
CHICAGO, IL 60651

AGUIRRE, CONRADO
1645 W. 21ST PLACE
CHICAGO, IL 60608

ALEMAN, EDUARDO
10015 LAVERGNE AVE
CHICAGO, IL 60077

ALERT PROTECTIVE SERVICES, INC
3833 NORTH CICERO AVENUE
CHICAGO, IL 60641-3623

ALPHA FILTERS, INC.
P.O. BOX 30149
CHICAGO, IL 60630

ALPHA OLYMPIC SANITATION
P.O. BOX 253
LOMBARD, IL 60148

AMERICANA FOODS, INC.
308 W RANDOLPH ST
CHICAGO, IL 60606

AMERICO, INC.
P.O. BOX 2125
WEST MEMPHIS, AR 72303

ANDREW SCHMITTFRANZ
2237 WEST OAKDALE AVE
CHICAGO, IL 60618

ANGELOS, CHRISTOS
1250 S. MICHIGAN AVE #709
CHICAGO, IL 60605

ANTONIO VELAZQUEZ
709 EAST HACKBERRY LANE
MT PROSPECT, IL 60051

ARAMARK UNIFORM SERVICES
4200 SOUTH HALSTED
CHICAGO, IL 60609

ASCENCIO, ROBERTO
3136 N. RIDGEWAY
CHICAGO, IL 60618

ASCO INSURANCE SERVICES INC.
8729 N NARRAGANSETT AVE
MORTON GROVE, IL 60053

Associate Area Counsel, SB/SE
200 W Adams Street
#2300
Chicago, IL 60606

AT&T
P.O. BOX 8100
AURORA, IL 60507-8100

AT&T LONG DISTANCE
PO BOX 5017
CAROL STREAM, IL 60197-5125

AVAYA, INC.
P.O. BOX 5125
CAROL STREAM, IL 60197-5125

AVENUE METAL MANUFACTURING CO.
1640 WEST OGDEN AVENUE
CHICAGO, IL 60612

AVILA, CARLOS
5004 S. HERMITAGE
CHICAGO, IL 60609

```
AVILA, CEASAR
3619 W. 56TH PLACE
CHICAGO, IL 60629


AYALA, ERNESTO
2743 S KOMENSKY AVE
CHICAGO, IL 60623


Bank of America
Attn: Sophia Bobek
135 S LaSalle St
Chicago, IL 60603


BARRERA, LUIS
5939 S. ARTESIAN
CHICAGO, IL 60609


BATALLA, ANTONINO
1903 W. 47TH ST.
CHICAGO, IL 60609


BEHIKE, LAURA A.
700 S. HALSTED STREET
CHICAGO, IL 60607


BLANCAS, JOSE
6449 S LONG AVE
CHICAGO, IL 60638


BOLLA, THAILY V.
2663 W. NELSON
CHICAGO, IL 60618


BRAZL SERVICES
5106 SANDBURG
McHENRY, IL 60050


BRUNO, EUGINO
6529 W. STANLEY AVE
BERWYN, IL 60402


BUCIO, ELISEO
5543 S. WASHTENAW
CHICAGO, IL 60629
```

CARASOTTI, MEGAN F.
1817 W 21 PLACE
CHICAGO, IL 60608


CARMONA, JOSE
2437 S. ALBANY
CHICAGO, IL 60623


CDW DIRECT LLC
PO BOX 75723
CHICAGO, IL 60675-5723


CHICAGO BEVERAGE SYSTEMS
441 NORTH KILBOURN AVENUE
CHICAGO, IL 60624


CHICAGO DEPT OF REVENUE
8034 INNOVATION WAY
CHICAGO, IL 60682


CHICAGO SOFT DRINK TAX
P.O. BOX 642603
CHICAGO, IL 60664-2603


CINTAS  #769
1201 WEST ST. CHARLES ROAD
MAYWOOD, IL 60153


CITY OF CHICAGO
FALSE BURGLAR ALARM UNIT
CHICAGO, IL 60680-4956


CITY OF CHICAGO BANKRUPTCY UNIT
121 N LASALLE ST RM 107
CHICAGO, IL 60602


CITY OF CHICAGO DEPT OF REVENU
P.O. BOX 88292
CHICAGO, IL 60680


COBBLESTONE OVENS
4301 REGENCY DRIVE
GLENVIEW, IL 60025

COCA COLA BOTTLING COMPANY
CICERO SALES CENTER
CHICAGO, IL 60674


COKER SERVICE, INC.
125 WEST NORTH AVENUE
VILLA PARK, IL 60181


COMCAST CABLE
P.O. BOX 3001
SOUTHEASTERN, PA 19398-3001


COMED
P.O. BOX 803457
CHICAGO, IL 60680-3457


CONTRERAS, EUSTORGIO
2655 S TRIPP
CHICAGO, IL 60623


CONTRERAS, NEMECIO
2655 S. TRIPP
CHICAGO, IL 60623


CONTRERAS, RAUL
2655 S TRIPP
CHICAGO, IL 60623


COZZINI BROS. INC.
350 HOWARD AVENUE
DES PLAINES, IL 60018


CRUZ JR., FERNANDO L.
5004 S HERMITAGE
CHICAGO, IL 60609


CUSTODIO, EVERARDO P.
19 E OHIO
CHICAGO, IL 60611


DAMIAN, ERNESTO
3130 W. LYNDALE STREET
CHICAGO, IL 60647

```
DAVE & BUSTER'S
1030 NORTH CLARK STREET
CHICAGO, IL 60610


DEKIRMANDJIAN, SYLVIA A.
14264 ANDOVER RD
WADSWORTH, IL 60083


DELTA HEATING-AIR CONDITIONING
P.O. BOX 729
ROSEMONT, IL 60018


DELUXE BUSINESS CHECKS & SOLUT
P.O. BOX 742572
CINCINNATI, OH 45274-2572


Dept of the Treasury IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


DIRECT TV
PO BOX 60036
LOS ANGELES, CA 90060


ECHEVERRIA, KRISTEN E.
910 HORSESHOE CT
CAROL STREAM, IL 60188


ECOLAB
P.O. BOX 70343
CHICAGO, IL 60673-0343


EDWARD DON & COMPANY
2542 PAYSPHERE CIRCLE
CHICAGO, IL 60674


EMPIRE COOLER SERVICE, INC.
940 WEST CHICAGO AVENUE
CHICAGO, IL 60642-5494


ESPINOSA, ROSALIO
2237 S. WHIPPLE
CHICAGO, IL 60623
```

ESPINOZA, BENITO
2110 N NARRAGANSETT
CHICAGO, IL 60639


Fifth Third Bank Jeffrey K Tischler, VP
1000 Town Center Dr
#1400 MD JTWN5G
Southfield, MI 48075


FINTECH.NET
7702 WOODLAND CENTER BLVD
TAMPA, FL 33614


FLORES, ELEUTERIO
3118 W 25TH STREET
CHICAGO, IL 60623


FLORES, JORGE
2237 W. CULLERTON
CHICAGO, IL 60608


FLORES, JUAN
3118 W. 25TH STREET
CHICAGO, IL 60623


FLORES, LEOBARDO P.
2237 S WHIPPLE
CHICAGO, IL 60623


FLORES, MARGARITO
6025 S. TROY
CHICAGO, IL 60629


FLORES, MARIO
3118 W 25TH STREET
CHICAGO, IL 60623


FLORES, SIDRANIO
2627 S. DRAKE
CHICAGO, IL 60623


FLORES, SILVERIO
2539 S TROY
CHICAGO, IL 60623

FOODSERVICE EDUCATIONAL SEMINA
4935 WEST BELMONT AVENUE
CHICAGO, IL 60641


FOODTEC SOLUTIONS, INC.
175 HIGHLAND AVENUE
NEEDHAM, MA 02494


FOX VALLEY FIRE & SAFETY
2730 PINNACLE DRIVE
ELGIN, IL 60124


G & B PLUMBING & HEATING, INC.
P.O. BOX 597331
CHICAGO, IL 60659


GARCIA, ADELINA
6414 W CORNELIA
CHICAGO, IL 60642


GARCIA, ISAIAS
3224 W WILSON AVE
CHICAGO, IL 60625


GARDA CL SOUTHWEST INC.
P O BOX 90152
PASADENA, CA 91109


GIORDANO'S ADVERTISING FUND
308 WEST RANDOLPH ST
CHICAGO, IL 60606


GIORDANO'S ENTERPRISES, INC.
308 WEST RANDOLPH STREET
CHICAGO, IL 60606


GIORDANO'S FRANCHISE, INC.
308 WEST RANDOLPH ST
CHICAGO, IL 60606


GLAB, JACK J.
9215 WOODLAND DR APT 1
NILES, IL 60714

GODINEZ, CESAR O.
3916 W 60TH STREET
CHICAGO, IL 60629


GONNELLA BAKING
2758 EAGLE WAY
CHICAGO, IL 60678-1027


GONZALEZ, RAMON
3136 N. RIDGEWAY
CHICAGO, IL 60618


GRAINGER
DEPT. 822621579
PALATINE, IL 60038-0001


GRANDVIEW HEALTH PARTNERS LTD
PO BOX 29088
CHICAGO, IL 60629


GRECO AND SONS
1550 HECHT ROAD
BARTLETT, IL 60103


GREENE, LATANYA A.
3659 S INDIANA
CHICAGO, IL 60653


GREENE, UMEKI S.
4646 WEST 79TH STREET APT 1-N
CHICAGO, IL 60653


GUILLERMO VENCES
4912 SOUTH LEAMINGTON
CHICAGO, IL 60638


HD ELECTRIC
3140 WEST 111th STREET
CHICAGO, IL 60655


HERCULES IRON WORKS INC.
846 W. SUPERIOR
CHICAGO, IL 60622

HERNANDEZ, ALEJANDRO C.
2433 S. SAWYER
CHICAGO, IL 60623


HERNANDEZ, BENITO
2432 S. SAWYER
CHICAGO, IL 60623


HERNANDEZ, BENITO
2535 S. KEDZIE
CHICAGO, IL 60623


HERNANDEZ, DANIELA G.
6012 S CALIFORNIA
CHICAGO, IL 60629


HERNANDEZ, ELIAS R.
2433 S SAWYER
CHICAGO, IL 60623


HERNANDEZ, GABRIELA E.
6012 S. CALIFORNIA
CHICAGO, IL 60629


HERNANDEZ, GONZALO
2655 S TRIPP
CHICAGO, IL 60623


HERNANDEZ, OSCAR
2410 S KEDZIE
CHICAGO, IL 60623


HERNANDEZ, SANDRA
4144 W. 59TH ST.
CHICAGO, IL 60629


HERNANDEZ, VICENTE
5152 S. ARTISIAN
CHICAGO, IL 60632


HIDALGO, PATRICIA
7133 W. 40TH PLACE
STICKNEY, IL 60402

HITT, JENNIFER K.
5242 S HYDE PARK BLV
CHICAGO, IL 60615


HUDSON ENERGY SERVICES LLC
P.O.BOX 142109
IRVING, TX 75014


ILLINOIS DEPARTMENT OF REVENUE
RETAILERS' OCCUPATION TAX
SPRINGFIELD, IL 62776-0001


ILLINOIS DEPT OF REV. BANKRUPTCY UNIT
100 W RANDOLPH 7-400
CHICAGO, IL 60601


Illinois Dept of Revenue Bankruptcy Sect
Level 7-425
100 W Randolph St
Chicago, IL 60101


ILLINOIS LIQUOR CONTROL COMMIS
100 WEST RANDOLPH ST
CHICAGO, IL 60601


ILLINOIS RESTAURANT ASSOCIATIO
333 WEST MONROE STREET
CHICAGO, IL 60603


INNOVATIVE PAYMENT TECHNOLOGIE
P.O. BOX 17548
DENVER, CO 80217


INTEGRA GRAPHICS & FORMS, INC.
4749 WEST 136th STREET
CRESTWOOD, IL 60445


INTEGRYS ENERGY SERVICES, INC.
P.O. BOX 19046
GREEN BAY, WI 54307-9046


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604

JACK J. GLAB
9215 WOODLAND DRIVE
NILES, IL 60714


KEITH S. SHINDLER
SUITE 110
WHEELING, IL 60650-6373


LABRA, JOSE A.
2521 S SPAULDING
CHICAGO, IL 60023


LABRA, MARCIAL B.
2521 S SPAULDIN
CHICAGO, IL 60623


LAMBRINATOS JERRY
6715 E PRAIRIE RD
LINCOLNWOOD, IL 60712-2515


LARRY'S REPAIR SERVICE
6417 W. 16TH STREET
BERWYN, IL 60402


LEE'S OVEN REPAIR
3501 MARTENS STREET
FRANKLIN PARK, IL 60131-2015


LEZZA SPUMONI & DESSERTS, INC.
4001-09 ST. CHARLES ROAD
BELLWOOD, IL 60104


LITE TECH, INC
3149 GLENWOOD-DYER ROAD
LYNWOOD, IL 60411


LOPEZ, RAQUEL M.
6738 S KILBOURNE ST.
CHICAGO, IL 60629


LOTECH SALES LLLP
8101 S. SHAFFER PARKWAY
LITTLETON, CO 80127

LYWITZKI, LINDA D.
810 S. LOOMIS STREET #2 FRONT
CHICAGO, IL 60607


M & I HEATING AND COOLING SERV
6230 NORTH ARTESIAN AVENUE
CHICAGO, IL 60659


MAHONEY ENVIRONMENTAL
ACCOUNTS RECEIVABLE
CHICAGO, IL 60678-1374


MARTINEZ, JUAN H.
828 W. FULLERTON
CHICAGO, IL 60614


MARTINEZ, PAULA G.
4513 S WOOD STREET
CHICAGO, IL 60609


MARX, JORDAN P.
1067 W TAYLOR UNIT 3
CHICAGO, IL 60607


MERCHANT SERVICES
MAIL DROP 1MOC3D
CINCINNATI, OH 45263


MICHELANGELO PAINTING COMPANY
9826 NORWOOD
ROSEMONT, IL 60018


MID AMERICAN ENERGY COMPANY
PO BOX 8020
DAVENPORT, IA 52808


MIDWEST INDUSTRIAL LIGHTING, I
919 WEST 38th STREET
CHICAGO, IL 60609


MILANOWSKI, LEIA M.
1441 W. FLOURNOY
CHICAGO, IL 60607

MINOAN CORPORATION
3550 WEST NORTHSHORE
LINCOLNWOOD, IL 60712-3749

MORENO, MARIZOL
457 N. ROY AVE
NORTHLAKE, IL 60164

MORRISON, PHILMORE
1250 S HALSTED AVE RM 419C
CHICAGO, IL 60601

MOYANO, CYNDI
2648 S. MILLARD
CHICAGO, IL 60623

MSP LIGHTING PRODUCTS
P.O. BOX 743
WORTH, IL 60482

MUNDO DEVELOPMENT CO.
P.O. BOX 389114
CHICAGO, IL 60638

MUZAK, LLC
P.O. BOX 71070
CHARLOTTE, NC 28272-1070

NAVA, ALEJANDRO
722 W/ 47TH PLACE
CHICAGO, IL 60632

NUCO2 LLC
P.O. BOX 9011
STUART, FL 34995

OCAMPO RAMIREZ, REGINALDO
2655 S TRIPP
CHICAGO, IL 60623

OLGUIN, LILIAN J.
2729 W. 23RD ST.
CHICAGO, IL 60608

OLYMPIC STORE FIXTURES, INC.
4758 SOUTH CICERO AVENUE
CHICAGO, IL 60638


ORESTIS CONSTRUCTION CO.
4239 N HAMLIN AVENUE
CHICAGO, IL 60618


OSBERTO GOMEZ
4523 N. ST LOUIS
CHICAGO, IL 60645


P.S. HEATING & COOLING
340 BERKSHIRE LANE
DES PLAINES, IL 60016


PASCACIO, ROGELIO
5939 S ARTISIAN
CHICAGO, IL 60629


PASCASIO, TOMAS
5939 S. ARTESIAN
CHICAGO, IL 60629


Patrick S. Layng
US Trustee (Region 11)
219 S Dearborn St, #873
Chicago, IL 60604


PAYLOCITY
3850 NORTH WILKE ROAD
ARLINGTON HEIGHTS, IL 60004


PDQ UPHOLSTERY
500 REDWOOD COURT
NORTH AURORA, IL 60542


PENSION PERFORMANCE, INC.
2551 DIVISION STREET
JOLIET, IL 60435


PEOPLE GAS
0
CHICAGO, IL 60687

PERRY LOCK AND DOOR SVC INC
P.O.BOX 497
WILLOW SPRINGS, IL 60480


PLATA, THALIA N.
4132 S. OAK PARK
STICKNEY, IL 60402


PLYMOUTH PARTNERS, L.P.
% LOWE CONSTRUCTION & MGMT C
CHICAGO, IL 60607


PONCE, JUVENCIO
3237 W 26TH STREET
CHICAGO, IL 60623


PORCAYO, ARTENIO F.
2242 S. KEDZIE
CHICAGO, IL 60623


PORCAYO, HERMILO
2410 S KEDZIE
CHICAGO, IL 60623


PRIME TIME SPORTS LLC
2819 WEST KIRCHOFF ROAD
ROLLING MEADOWS, IL 60008


QUIJANO, ALEJANDRA
3945 S. ARTESIAN AVE
CHICAGO, IL 60632


RAFAEL GONZALEZ
715 WEST 48th STREET
CHICAGO, IL 60609


Randall Klein / William A. Starshak
Goldberg Kohn Bell Black
55 E Monroe St. #3300
Chicago, IL 60603


RAYMUNDO, SAUL
19 E. OHIO
CHICAGO, IL 60611

REGENT WINDOW FASHIONS
917 WEST IRVING PARK ROAD
CHICAGO, IL 60613


RELIABLE OFFICE SUPPLIES
P.O. BOX 105529
ATLANTA, GA 30348-5529


RESCOR
5344 EAST AVENUE
COUNTRYSIDE, IL 60525


REYES, JUAN C.
2963 N GRAHAM AVE
CHICAGO, IL 60618


REYES, VITALIANO
2963 N GRESHAM
CHICAGO, IL 60618


RICKS SIGNS/REPAIRS
P.O. BOX 115
FOX RIVER GROVE, IL 60021


RICO, JOSE
3118 W. 25TH STREET
CHICAGO, IL 60608


RIVER NORTH SALES - SERVICE
1101 WEST LAKE STREET
CHICAGO, IL 60607


RIVERA, EDGAR
7821 S. KARLOV
CHICAGO, IL 60652


ROTO ROOTER SERVICES CO.
5672 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


SANDOVAL, LUIS
4733 N. CENTRAL PARK #1-B
CHICAGO, IL 60625

```
SANTOS, ANGEL
5110 S. PARKSIDE
CHICAGO, IL 60638


SAUNDERS, MARIA V.
3134 N. KIMBALL AVE  APT 322
CHICAGO, IL 60618


SCHMITTFRANZ, ANDREW J.
2238 W. OAKDALE AVE APT 1
CHICAGO, IL 60618


SEARS TOWER SKYDECK
P.O. BOX 06175
CHICAGO, IL 60606-0175


SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICE
SPRINGFIELD, IL 62756-5510


SECURE PRODUCTS CORPORATION
P.O. BOX 914
HILLSIDE, IL 60162


SMITHEREEN PEST MANAGEMENT
7400 NORTH MELVINA AVE
NILES, IL 60714-3908


SOLANO, BERNARDO G.
5152 S ARTESIAN
CHICAGO, IL 60632


SOUTHERN WINE & SPIRITS, IL
2971 PAYSPHERE CIRCLE
CHICAGO, IL 60674-2971


SPEARS, LARON
27 N WACKER DR. #576
CHICAGO, IL 60606


STAMATOUKOS, CHRISTINA P.
309 S. HALSTED #4
CHICAGO, IL 60661
```

STANKEVICIUS, MANTAS
1067 TAYLOR STREET APT 3
CHICAGO, IL 60607


STEWARTS PRIVATE BLEND FOODS,
4110 WEST WRIGHTWOOD AVE
CHICAGO, IL 60639


STINGRAY MECHANICAL SERVICES I
145 TOWER DRIVE
BURR RIDGE, IL 60527


STRATOS FOODS, INC.
314 NORTH LEAVITT STREET
CHICAGO, IL 60612


SUBI IMAMOVIC
6356 NORTH CALIFORNIA AVE
CHICAGO, IL 60645


TERRONES, CERVELLON
1838 S. MORGAN
CHICAGO, IL 60608


TERRONES, PEDRO
1838 S MORGAN
CHICAGO, IL 60608


TERRONES, SOCIMO
1838 S. MORGAN
CHICAGO, IL 60808


THE BOELTER COMPANIES
P.O. BOX 1451
MILWAUKEE, WI 53201-1451


TOMAS PASCASIO
5939 SOUTH ARTESIAN
CHICAGO, IL 60629


TORVAC
DIV OF DARLING INTERNATIONAL,
DETROIT, MI 48255-2210

TRIMARK MARLINN, INC.
DEPT CH 17131
PALATINE, IL 60055-7131


TRITZ BEVERAGE SYSTEMS, INC.
P.O. BOX 754
GRAYSLAKE, IL 60030


TURANO BAKING COMPANY
36749 EAGLE WAY
CHICAGO, IL 60678-1367


UNIQUE PRODUCTS AND SERVICE CO
39039 TREASURY CENTER
CHICAGO, IL 60694


VALLE, ARMANDO
2430 S SAWYER
CHICAGO, IL 60623


VANGELIS KONSTANTINIDIS
1243 FAW HOLLOW
WEST DUNDEE, IL 60118


VASQUEZ, JAIME
5123 S HOMAN AVE
CHICAGO, IL 60632


VENCES JR., GUILLERMO
4912 S LEAMINGTON
CHICAGO, IL 60638


VENCES, ADRIAN
4912 S. LEAMINGTON
CHICAGO, IL 60638


VENCES, GUILLERMO
4912 S LEAMINGTON
CHICAGO, IL 60638


W.L.ENGLER DISTRIBUTING
1035 N. THROOP ST
CHICAGO, IL 60642

WALLACE, NAKEYSHA M.
6139 S. WOOD
CHICAGO, IL 60636


WIRTZ BEVERAGE ILLINOIS LLC
P.O. BOX 809180
CHICAGO, IL 60680-9180


WYATT, JENNIFER R.
18 E. BELMONT AVE
BENSENVILLE, IL 60160


YANES, MIGUEL
4218 S CALIFORNIA
CHICAGO, IL 60632


YANNIAS, WILLIAM J.
115 MARENGO AVE. APT 604
FOREST PARK, IL 60130


ZEE MEDICAL, INC.
P.O. BOX 781494
INDIANAPOLIS, IN 46278-8494